

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

MEMO ENDORSED

*86 Chambers Street, 3rd floor*
*New York, New York 10007*

December 10, 2014

> The Government's request is granted. The declaration of Douglas Hibbard is hereby accepted as timely.
> So ordered.
> 12/11/14

_____
J. PAUL OETKEN
United States District Judge

**VIA ECF and Hand**
The Honorable J. Paul Oetken
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 2101
New York, New York 10007

Re:   *The New York Times v. United States Department of Justice,* No. 14-cv-3777 (JPO)

Dear Judge Oetken:

    I write respectfully on behalf of the United States Department of Justice (the "government"), the defendant in the above-referenced Freedom of Information Act ("FOIA") matter, to alert the Court to a filing issue that arose in connection with yesterday's filing of the government's motion for summary judgment and opposition to plaintiffs' motion for summary judgment. Yesterday evening, the government timely filed its motion for summary judgment, along with its supporting memorandum of law and the Declaration of John Durham. However, the government received an error message when it attempted to file the supporting Declaration of Douglas Hibbard. We made repeated attempts to file the document, but were unsuccessful. This morning, undersigned counsel called the ECF Help Desk. They helped us resolve the issue, after which we promptly filed the document.

    We served plaintiffs with all documents, including the Hibbard Declaration, yesterday evening via email, and alerted them to our inability to electronically file the document. We also informed plaintiffs' counsel that we intended to contact the ECF Help Desk this morning to rectify the issue.

    We respectfully request that the Court accept the government's belated filing of the Hibbard Declaration.

The Honorable J. Paul Oetken
December 10, 2014
Page 2

    Thank you for your consideration of this matter.

                                        Respectfully,

                                        PREET BHARARA
                                        United States Attorney

                    By:    */s/ Tara M. La Morte*
                           TARA M. La MORTE
                           JEANNETTE A. VARGAS
                           Assistant United States Attorneys
                           Telephone: (212) 637-2746
                           Facsimile:  (212) 637-2702