UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE NEW YORK TIMES COMPANY et al.,

Plaintiffs,

-v-

THE UNITED STATES DEPARTMENT OF JUSTICE,

Defendant.

14-CV-3777 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

Plaintiffs the New York Times Company and Charlie Savage filed this action against Defendant the United States Department of Justice under the Freedom of Information Act, 5 U.S.C. § 552, seeking the release of certain memoranda related to the Department's investigation into whether certain overseas interrogations by the Central Intelligence Agency and the deaths of detainees in custody violated federal law. On September 30, 2015, this Court filed an Opinion and Order that, among other things, granted partial summary judgment to Plaintiffs. (Dkt. No. 33.) The Court subsequently ordered release of certain challenged documents. (Dkt. No. 55.) On September 27, 2019, the Second Circuit reversed in relevant part and remanded to effectuate more limited disclosure of certain portions of the memoranda and exhibits. (Dkt. No. 64.) The Second Circuit's mandate has now issued. (Dkt. No. 65.)

The parties are directed to file a joint letter on or before February 20, 2020, updating the Court on the status of this action and stating their positions on what further proceedings are necessary to effectuate the necessary disclosures.

SO ORDERED.

Dated: February 6, 2020
  New York, New York

            _____

               J. PAUL OETKEN
              United States District Judge