# Memorandum



| Subject | Date |
|---|---|
| Preliminary Review re Allegations of Abuse of Detainees by the Central Intelligence Agency — Final Report | May 26, 2011 |

| To | From |
|---|---|
| ERIC H. HOLDER, JR.<br>Attorney General<br><br>GARY GRINDLER<br>Chief of Staff<br>Office of the Attorney General | JOHN H. DURHAM<br>Special Attorney |

(TS// (b)(1), (b)(3) /NOFORN)

## FINAL Report on Preliminary Review



(b) (5)

(TS// (b)(1), (b)(3) /NOFORN)

1

(b)(1), (b)(3)

-(TS/ NOFORN)



(b) (5)

-(TS/(b)(1), (b)(3) NOFORN)-

(TS/ (b)(1), (b)(3) NOFORN)



(b) (5)     No Evidence of CIA (b) (5)     Involvement

(TS/ (b)(1), (b)(3) NOFORN) According to open-source human rights articles, the following detainees were reported as possibly being detained in a secret U.S. detention site. Contrary to open-source reports, a thorough review of available FBI, CIA, and DOD documents produced no evidence of (b) (5) CIA involvement with the following individuals (b) (5)
(b) (5)

Khalid Al-Zawahiri

Osama bin Yousaf

Qari Saifullah Akhtar

Walid bin Azmi

Ibad Al Yaquti al Sheikh al-Sufiyan

Amir Hussein Abdullah al-Misri

Safwan al-Hasham

Jawad al-Bashar

Saif Al-Islam Al-Masri

(TS/ (b)(1), (b)(3) NOFORN)

(TS// (b)(1), (b)(3) //NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS// //NOFORN)

(TS/ (b)(1), (b)(3)  NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(TS/ (b)(1), (b)(3)  NOFORN)



(TS//NOFORN)

(b) (5), (b) (6), (b) (7)(C), (b)(1), (b)(3)



(b) (5)          **Detainee** *Not in CIA Custody*          (b) (5)

(b) (5)

(TS/(b)(1), (b)(3)  /NOFORN) According to open-source human rights articles, the following detainees were reported to have been detained in secret CIA interrogation sites. Contrary to open-source reports, a thorough review of FBI, CIA and DOD documents failed to confirm that these detainees were held in CIA custody.

(b) (5)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS//(b)(1), (b)(3)  /NOFORN)

(b)(1), (b)(3)

(TS/ ~~NOFORN~~

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(b)(1), (b)(3)

(TS/ ~~NOFORN~~)

(TS/(b)(1), (b)(3) /NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(TS/ /NOFORN)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS (b)(1), (b)(3) NOFORN)



(TS (b)(1), (b)(3) NOFORN)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS (b)(1), (b)(3) NOFORN)

(TS/ (b)(1), (b)(3) NOFORN)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

-(TS/ (b)(1), (b)(3) NOFORN)

(TS (b)(1), (b)(3) NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS// (b)(1), (b)(3) NOFORN)

(TS// (b)(1), (b)(3) //NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS// (b)(1), (b)(3) //NOFORN)



(TS/ (b)(1), (b)(3) NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)

(b)(1), (b)(3)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)

(TS// (b)(1), (b)(3) //NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS// (b)(1), (b)(3) //NOFORN)



(TS/ (b)(1), (b)(3) NOFORN)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)



(TS/ (b)(1), (b)(3) NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)

(TS/ (b)(1), (b)(3) NOFORN)



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)



(b)(1), (b)(3)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)

(TS/ (b)(1), (b)(3)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(TS/ (b)(1), (b)(3) NOFORN)

(TS/(b)(1), (b)(3)    NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(TS(b)(1), (b)(3)    NOFORN)(b) (5)

(b) (5)    A thorough review of
FBI, CIA and DOD documents failed to show that these detainees were held in CIA custody.

(b)(1), (b)(3), (b) (5)

(TS(b)(1), (b)(3)    NOFORN)

26

(TS// (b)(1), (b)(3) NOFORN)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(TS/ (b)(1), (b)(3) NOFORN)

27

TS (b)(1), (b)(3) NOFORN

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(TS/ (b)(1), (b)(3) NOFORN)

(b)(1), (b)(3)

(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)



(b)(1), (b)(3)//NOFORN)

(TS (b)(1), (b)(3) NOFORN



(b)(1), (b)(3), (b) (5), (b) (6), (b) (7)(C)

(TS/ (b)(1), (b)(3) NOFORN)