(TS//(b)(1), (b)(3)//NOFORN)

(b) (5)

Retha Al-Tunisi, a.k.a. Ridha bin Saleh al Yazidi (captured by Pakistani (b)(1) in December 2001 and turned over to U.S. military custody; transferred from Qandahar to Guantanamo Bay on 01/11/2002; no allegations of abuse, just open-source reports he was held at CIA black site in Afghanistan; no evidence of CIA custody or involvement)

(b) (5), (b) (6), (b) (7)(C)

(b) (5) **Detainee *Not in CIA Custody*** (b) (5)

(TS//(b)(1)(A), (b)(3)(B)//NOFORN) According to open-source human rights articles, the following detainees were reported to have been detained in secret CIA interrogation sites. Contrary to open-source reports, a thorough review of FBI, CIA and DOD documents failed to confirm that these detainees were held in CIA custody. (b) (5)

(b) (1) (A), (b) (3) (B)

(TS//(b)(1), (b)(3)//NOFORN)

7