**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
THE NEW YORK TIMES COMPANY and
CHARLIE SAVAGE,

                Plaintiffs,

  -against-                                      14 **CIVIL** 3777 (JPO)

                                                              **<u>JUDGMENT</u>**

THE UNITED STATES DEPARTMENT OF
JUSTICE,

                Defendant.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated July 23, 2021, DOJ's motion for summary judgment is GRANTED, and the Times's cross-motion for summary judgment is denied; accordingly, the case is closed.

**Dated:**  New York, New York

       July 23, 2021

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                       **BY:**    *K. Mango*

                                                          **Deputy Clerk**